UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

-against-

ONE OR MORE UNKNOWN PURCHASERS
OF SECURITIES OF GLOBAL INDUSTRIES
LTD.,

Defendants.

---

11 Civ. 6500 (PKC)
ECF Case

**RESPONSES TO II.(A) AND
II.(B) OF PRELIMINARY
INJUNCTION FREEZING
ASSETS AND GRANTING
OTHER RELIEF**

Defendant Ergoport Experts Limited in the above-captioned matter, by and through its

counsel Meyers & Heim LLP, in compliance with the Preliminary Injunction Freezing Assets

and Granting Other Relief, subject to and without waiving any of its rights, hereby responds to

II.(A) and II.(B) of the above referenced Order in the following matter:

> **II.(A):  all names by which each defendant is known, all business and residence
> addresses, postal box numbers, telephone numbers, facsimile numbers, email
> addresses, and the nationality of defendant**:

Ergoport Experts Limited
23/17 Georgia Terrace, Albany
Auckland, 0632 New Zealand
(A New Zealand Limited Company)

Ergoport Experts Limited
Attn: Alexy Ruzanov
13, Klenoviy Boulevard, Suite 17
Moscow 115407, Russian Federation
Tel +7 (495) 772 00 43
e-mail: aruzanov@hotmail.com

**II.B:  each account with any financial institution or brokerage firm maintained in defendant's name or held for defendant's direct or indirect beneficial interest from August 1, 2011 through the present, including, but not limited to, each account through which each defendant directed securities transactions since September 8, 2011 or in which proceeds from such transaction were held:**

Baltic International Bank

Kaleju iela 43

Riga, Latvia 1050

Account No.: 110000099

Account Name: Ergoport Experts Limited

Dated:  New York, New York
       April 16, 2012

MEYERS & HEIM LLP

Robert G. Heim, Esq.
444 Madison Avenue, 30th Floor
New York, New York 10022
Tel.  (212) 355-7188
Fax  (212) 355-7190
rheim@meyersandheim.com

*Attorney for Ergoport*
*Experts Limited*