LAW OFFICES OF
# MEYERS & HEIM LLP

444 MADISON AVENUE, 30TH FLOOR
NEW YORK, NEW YORK 10022
PHONE: 212.355.7188 • FAX: 212.355.7190
WWW.MEYERSANDHEIM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-10-12

May 9, 2012

**VIA FACIMILE (212-805-7949)**

Honorable Judge P. Kevin Castel
United States Court House
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States Securities and Exchange Commission v. One or More Unknown Purchasers of Securities of Global Industries Ltd. (Case No. 11-Civ-6500 (PKC))**

Dear Judge Castel:

The parties to the above referenced action, Plaintiff Securities and Exchange Commission and Ergoport Experts Limited (collectively the "Parties"), have come to agree that the order dated September 22, 2011 granting Preliminary Injunction Freezing Assets and Granting Other Relief (the "Order") should be modified to limit the asset freeze to funds currently held by Citibank N.A., in an account in the name of Raiffeisen Bank International AG Vienna, Austria in the amount of $5,338,763.63.

The Parties believe that their agreement on the freeze order will limit the need for motion practice on this issue. Accordingly, the Parties respectfully request a modification of Section I.B of the Order as set forth above. Pursuant to Paragraph VI of the Preliminary Injunction Order the Parties are also continuing to confer with each other regarding discovery issues and are attempting to agree upon scheduling and other issues for document production and depositions.

Sincerely yours,

Robert Heim, Esq.

*Application granted.*
*SO ORDERED.*
[signature]
USDJ
5-10-12

Honorable Judge P. Kevin Castel
Page 2 of 2
May 9, 2012

SO ORDERED:

_____
P. Kevin Castel
USDJ

cc: Dean Conway, Esq.
    *Counsel for Plaintiff, U.S. Securities and Exchange Commission*