UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>-against-<br><br>ONE OR MORE UNKNOWN PURCHASERS OF SECURITIES OF GLOBAL INDUSTRIES LTD.,<br>                    Defendants. | 11 Civ. 6500 (RA)<br>ECF Case |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ERGOPORT EXPERTS LIMITED

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Ergoport Experts Limited hereby states as follows:

Ergoport Experts Limited is a wholly-owned subsidiary of Interhold Limited, and no publicly held corporation owns 10% or more of Ergoport Experts Limited's stock.

Dated:  New York, New York
        July 31, 2012

MEYERS & HEIM LLP

Robert G. Heim, Esq.
444 Madison Avenue, 30th Floor
New York, New York 10022
Tel.  (212) 355-7188
Fax  (212) 355-7190
rheim@meyersandheim.com

*Attorney for Defendant Ergoport Experts Limited*