USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 27 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES EXCHANGE COMMISSION,

        Plaintiff,

  -v-

ONE OR MORE UNKNOWN PURCHASERS
OF SECURITIES OF GLOBAL
INDUSTRIES, LTD.,

        Defendants.
------------------------------------------------------------X

No. 11 Civ. 6500 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  The Court will hear oral argument in this matter on October 11, 2012 at 4:00 p.m. in Courtroom 9B of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007. Should this present a scheduling conflict, the parties and the United States Attorney's Office shall confer and propose to the Court mutually-agreeable alternative dates and times.

SO ORDERED.

Dated:  September 27, 2012
     New York, New York

                 _____
                 Ronnie Abrams
                 United States District Judge