```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

-v-

ONE OR MORE UNKNOWN PURCHASERS
OF SECURITIES OF GLOBAL
INDUSTRIES, LTD.,

                Defendants.

------------------------------------------------------------X

No. 11 Civ. 6500 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 9, 2012, the Court ordered that discovery in this matter be stayed for a period of six (6) months. The discovery stay therefore expired on May 9, 2013. It is hereby:

ORDERED that the parties shall, no later than May 31, 2013, update the Court as to the status of the case. If appropriate, the parties shall also submit a proposed case management plan and scheduling order, a template for which may be found on the Court's website at: http://www.nysd.uscourts.gov/judge/Abrams.

SO ORDERED.

Dated:     May 21, 2013
            New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge