# MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/13



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

DIVISION OF ENFORCEMENT

DEAN M. CONWAY
DIRECT DIAL: (202) 551-4412
FACSIMILE: (202) 772-9362

May 31, 2013

**VIA EMAIL Abrams_NYSDChambers@nysd.uscourts.gov**

The Honorable Ronnie Abrams
Thurgood Marshall U. S. Courthouse
40 Foley Square
New York, NY 10007

Re:   SEC v. One or More Unknown Purchasers of Securities of Global Industries, Ltd., 11 Civ. 6500 (RA)

Dear Judge Abrams:

Pursuant to the Court's Order dated May 21, 2013, counsel for Plaintiff Securities and Exchange Commission ("SEC") and Ergoport Experts Limited ("Ergoport") submit this joint status update.

The SEC intends to seek permission from the Commission to voluntarily dismiss this action. It is anticipated that this process will take approximately 60 days. As such, the SEC and Ergoport do not believe that it is appropriate at this time to submit a proposed case management plan and scheduling order.

Should the Commission approve the above-described course of action, undersigned counsel will immediately file a Joint Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the Court.

Respectfully submitted,

_____
Dean M. Conway
Counsel for Plaintiff Securities and
Exchange Commission

_____
Robert G. Heim
Counsel for Ergoport Experts Limited

Should the Commission approve the SEC's request to dismiss, counsel shall promptly file a dismissal stipulation. If necessary, the parties shall, by July 31, 2013, submit another joint status letter advising the Court as to the status of the case. So ordered.

RA
(USDJ)
6/3/13