# MEMO ENDORSED



UNSIGNED
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/13



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

DEAN M. CONWAY
DIRECT DIAL: (202) 551-4412
FACSIMILE: (202) 772-9362

September 24, 2013

VIA EMAIL: Abrams_NYSDChambers@nysd.uscourts.gov

The Honorable Ronnie Abrams
Thurgood Marshall U. S. Courthouse
40 Foley Square
New York, NY 10007

Re:   SEC v. One or More Unknown Purchasers of Securities of Global Industries,
      Ltd., 11 Civ. 6500 (RA)

Dear Judge Abrams:

Pursuant to the Court's Memo Endorsed Order filed on July 25, 2013, counsel for
Plaintiff Securities and Exchange Commission ("SEC") and Ergoport Experts Limited submit
this joint status letter.

The SEC is nearing the end of the process of seeking Commission approval to voluntarily
dismiss this action. It is anticipated that the Commission will consider this matter by no later
than October 10, 2013. As indicated in the prior status letter, should the Commission approve
the above-described course of action, undersigned counsel will file a Joint Stipulation of
Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the Court by no later than October
10th.

9/27/13

The parties shall, no later than
October 18, 2013, submit a joint
status letter to the Court if no
dismissal stipulation has been
filed by that date.  So ordered.

VSDJ

Respectfully submitted,

Dean M. Conway
Counsel for Plaintiff Securities and
Exchange Commission

Robert G. Heim
Counsel for Ergoport Experts Limited