UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>   v.<br><br>ONE OR MORE UNKNOWN PURCHASERS OF SECURITIES OF GLOBAL INDUSTRIES LTD.,<br><br>       Defendant. | Civil Action No. 11-6500 (RA) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Securities and Exchange Commission and Ergoport Experts Limited hereby stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed.

Dated: October 15, 2013

Respectfully submitted,

_____
Dean M. Conway
Securities and Exchange Commission
100 F Station Place, N.E.
Washington, D.C. 20549
Tel: 202-551-4412
Fax: 202-772-9362
conwayd@sec.gov

Attorneys for Plaintiff Securities
And Exchange Commission

_____
Robert Heim
Meyers & Heim LLP
444 Madison Avenue, 30th Floor
New York, NY 10022
Tel. 212-355-7188
RHeim@MeyersAndHeim.com

Attorneys for Ergoport Experts Limited